ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- ) | |
| ) | |
| Sungjee Construction Co., Ltd. ) | ASBCA Nos. 62002, 62078 |
| ) | |
| Under Contract No. W91QVN-14-D-0050 ) | |

APPEARANCE FOR THE APPELLANT:    Song Yong Eui, Esq.
    Central IP & Law
    Seoul, Korea

APPEARANCES FOR THE GOVERNMENT:    Raymond M. Saunders, Esq.
    Army Chief Trial Attorney
    MAJ Mark T. Robinson, JA
    CPT Richard W. Hagner, JA
    Trial Attorneys

## ORDER OF DISMISSAL

Appellant has requested, and the government does not object to, partial dismissal of ASBCA No. 62002 without prejudice. Specifically, the parties wish to dismiss the portion of the appeal related to appellant's monetary claim, leaving only the propriety of the default termination before the Board. Appellant has also requested, and the government does not object to, dismissal of ASBCA No. 62078 in its entirety, without prejudice.

Accordingly, the portion of ASBCA No. 62002 as described above and ASBCA No. 62078 are dismissed from the Board's docket without prejudice.

Dated: July 30, 2019

RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 62002. 62078 Appeal of Sungjee Construction Co., Ltd., rendered in conformance with the Board's Charter.
Dated:

PAULA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2